

# MEMORANDUM

**To:**  The Honorably Assigned U.S. District Judge

**From:**  Frederick Lawton, U.S. Probation Officer

**Re:**  **DELOREY, Matthew   D/MA Dkt. No.: 1:11-cr-10240-001**
  **Suspend Restitution Payments**

**Date:**  June 29, 2011

On 11/3/10, the above-captioned defendant appeared for sentencing before the Honorable James C. Francis IV, U.S. Magistrate Judge, in U.S. District Court, in the Southern District of New York, after previously pleading guilty to *Fraud and Related Activity in Connection with Computers*, in violation of Title 18 U.S.C. 1030(a)(6)(e)(2)(A), and 2, a Class A Misdemeanor. Delorey was sentenced to serve 4 months in federal custody and 12 months of supervised release. In addition to the standard conditions of supervision, the defendant was mandated to engage in mental health counseling and to continue to take all prescribed medication. He also was ordered to pay $48,060 in restitution.

Delorey committed his federal offense by selling modified cable modems that contained fraudulent digital information which allowed users to access the Internet for free through Comcast's computer services.

On 4/28/11, the defendant was released from the custody of the U.S. Bureau of Prisons and began serving the supervisory portion of his sentence in the District of Massachusetts. At present, Delorey resides with his girlfriend and their blended family in New Bedford. Because the defendant has never lived in New York, and has no intention of relocating there, jurisdiction of his case has been transferred to this District.

Delorey's Presentence Report reflects that he has almost no work history and is supported by his girlfriend. The report also indicates that Delorey is being treated by a psychiatrist in New Bedford for Bipolar Disorder and a social phobia. The defendant is prescribed Lithium Carbonate, Risperidone (an antipsychotic), and Clonazepam. While in federal custody at FMC-Devens, Delorey was diagnosed with Aspergers Syndrome and Bipolar Disorder. At present, the defendant has

resumed treatment with his New Bedford psychiatrist and is being seen weekly by a counselor from South Bay Mental Health.

Prior to his federal incarceration, Delorey applied for disability benefits from the Social Security Administration. The initial application was denied, which is very common, and the defendant is working with an attorney to appeal this denial. According to Delorey's therapist, he is incapable of working at this time.

In light of the defendant's inability to work and the fact that he is not yet receiving any type of disability benifits, Probation is seeking Your Honor's permission to suspend his restitution payments until either he is awarded Social Security disability income or is capable of maintaining employment.  Once Delorey does have an income, the Court will be notified and a restitution repayment schedule will be established.

If Your Honor agrees that the defendant's restitution payments be suspended until he has an income, please so indicated below.


Reviewed and approved,

*Martin G. Flynn*
Martin G. Flynn
Officer-in-Charge




_____    Restitution payments may be suspended until the defendant has a source of income.

\_\_\_\_\_ . Restitution payments may NOT be suspended until the defendant has a source of income.

\_\_\_\_    Other


_____
  U.S. District Judge



_____
     Date